**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:

BRENDA JEAN GIVENS                                 CASE NO. 21-30520-KKS
*AKA* BRENDA T. GIVENS                             CHAPTER 7
*AKA* BRENDA TILLMAN GIVENS

                  Debtor.

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-2, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL, OR SUCH OTHER PERIOD AS MAY BE SPECIFIED IN FED. R. BANKR. P. 9006(F).**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE AN OBJECTION OR RESPONSE ELECTRONICALLY WITH THE CLERK OF THE COURT OR BY MAIL AT 110 E. PARK AVENUE, SUITE 100, TALLAHASSEE, FL, 32301 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GAVIN STEWART, ESQ., P.O. BOX 5703, CLEARWATER, FL 33758, AND ANY OTHER APPROPRIATE PERSON WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Mid America Mortgage, Inc. ("Movant") seeks, pursuant to 11 U.S.C. §362(d), relief from

the automatic stay and states:

1.    On June 28, 2019, the Debtor executed and delivered a promissory note and mortgage securing payment of the note in favor of Everett Financial, Inc. D/B/A Supreme Lending, a Texas Corporation.

2.    Movant, directly or through an agent, has possession of the promissory note and has the ability to enforce and foreclose its lien.  The note has been duly endorsed and Movant is the assignee of the mortgage. A copy of the promissory note, mortgage, and assignment of mortgage is attached hereto as Composite Exhibit "A."

3.    The mortgage is secured by the following real property located in Escambia County, Florida:

Lot 1, Block "A", 2nd Addition Li-Fair Estates, a subdivision of a portion of Lot 2, Section 12, Township 2 South, Range 31 West, Escambia County, Florida, according to the Plat of that subdivision recorded in Plat Book 9, at Page 74, of the Public Records of Escambia County, Florida.

**AKA 738 Carondelay Dr, Pensacola, Florida 32506 ("Property")**

4.    The Debtor is in default. As of October 26, 2021, the total indebtedness was $153,297.23 and the loan is due for the March 8, 2019 payment and all subsequent payments.  A copy of the Affidavit in Support of this Motion is attached hereto as Composite Exhibit "A."

5.    According to the Escambia County Property Appraiser, the value of the Property is $101,134.00.

6.    Accordingly, it would be inequitable to allow the Debtor to retain the Property because there is no equity above the total indebtedness.

7.    Furthermore, Movant is not receiving payments to protect against the erosion of its security interest in the Property.

8.    If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a.    terminating the automatic stay;

b.    permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Property described herein; and

c.    granting such other relief that the Court may deem just and proper.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E:bk@stewartlegalgroup.com
> Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 9th day of November 2021.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Brenda Jean Givens
9420 Sunnybrook Dr
Navarre, FL 32566-2506

**VIA CM/ECF NOTICE**
Timothy A. Weaver
Weaver, Weaver Collins, P.A.
8285 Navarre Parkway
Navarre, FL 32566
Email: Tim@wwcattorneys.com

Sherry Chancellor
Law Office of Sherry F. Chancellor

619 West Chase St.
Pensacola, FL 32502
Email: sherry.chancellor@yahoo.com

U.S. Trustee
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
Email:Ustpregion21.Tl.Ecf@Usdoj.Gov