# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In Re: **BRENDA GIVENS**                                   Case No.: 21-30520KKS

Debtor                                                                   Chapter          7

_____//

### ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLY VICTOR ZAVALA AND SIMMONS REALTY GROUP  AND APPROVAL TO EMPLOY AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (Doc. 25)

**THIS MATTER** having come before the Court on the matter of the Trustee's Application for Authority and Approval to Employ Victor Zavala and Simmons Realty Group and Approve the Listing Agreement for Sale of Real Property (Doc. 21), and the Court after being otherwise advised in the premises, it is:

**ORDERED:**

1.	The Trustee's Application (Doc. 25) is **APPROVED.**

2.	The Trustee is authorized to employ Victor Zavala and Simmons Realty Group, pursuant to the terms and conditions provided in the Application (Doc.25).

**DONE AND ORDERED** this the _____December 2__, 2021.

_____
**KAREN K. SPECIE**
United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor, Trustee

CC:   All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order