**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In Re: **BRENDA JEAN GIVENS**              Case No.: 21-30520KKS

    Debtors                                                              Chapter        7
_____//

## TRUSTEE'S MOTION TO SELL REAL PROPERTY
## PURSUANT TO NEGATIVE NOTICE

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL  32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    **COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her Motion to Sell Real Property and says as follows:

    1.    The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on or about August 6, 2021.

2. The Debtor filed their Schedules and Statement of Financial Affairs on August 6, 2021.

3. The 341 meeting was held on October 5, 2021.

4. One of the assets of the estate is a half interest in the real property located at 738 Carondelay Drive, Pensacola, Florida. .

5. With the services of a realtor and a broker, a contract has been negotiated to sell the property for the sum of $156,500.00.

6. The sale includes a carve-out amount of $7,500.00 payable to the estate.

7. The sale is at arms-length to Sylvia Dawn Philpot, a disinterested party.

8. The Trustee, after careful consideration believes, in her business judgment, this sale is in the best interests of the estate and the creditors thereof.

9. Upon information and belief there are no liens are encumbrances on the property. Should there be any such debt related to the property, this sale shall be subject to same.

10. Higher offers should be submitted to the Trustee in writing at the address or email detailed below. A ten percent (10%) deposit is also required to secure an opportunity to participate in the bidding process. Offers must be received no later than close of business, on September 6, 2022.

11. In conjunction with and simultaneous to the filing this Motion, the Trustee has filed a Notice and Report of Intention to Sell Real Property at Docket Entry #48.

**WHEREFORE**, the undersigned prays this court will grant this Motion and

a. Authorize the Trustee to sell the property located at 738 Carondelay Drive, Pensacola, Florida, as detailed above;

b. Authorize the Trustee to execute any and all documents necessary to effectuate the sale of the property;

c. And grant any other and further relief that this Court may deem just and proper.

Respectfully submitted this the 16th day of August 2022.

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR
Florida Bar No. 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Brenda Jean Givens, c/o, Timothy Weaver, Esquire at tim@wwcattorneys.co,, and William J. Simonitsch, Assistant United States Trustee,

USTPRegion21.TL.ECF@usdoj.gov electronically and all parties, including the Debtor, listed on the attached Court's Mail matrix this the 16th day of August 2022.

/s/ SHERRY F. CHANCELLOR
Sherry F. Chancellor, Trustee

```
Label Matrix for local noticing          SunTrust Bank now Truist Bank           BK Global Real Estate Services
1129-3                                    P.O. Box 85092                          1095 Broken Sound Parkway NW Suite 100
Case 21-30520-KKS                         Richmond, VA 23286-0001                 Boca Raton, FL 33487-3503
Northern District of Florida
Pensacola
Tue Aug 16 15:33:25 EDT 2022

Florida Dept. of Labor/Employment Security  Florida Dept. of Revenue              Internal Revenue Service
c/o Florida Dept. of Revenue              Bankruptcy Unit                         P.O. Box 7346
P.O. Box 6668                             P.O. Box 6668                           Philadelphia, PA 19101-7346
Tallahassee, FL 32314-6668                Tallahassee, FL 32314-6668


Mid America Mortgage, Inc.                PRA Receivables Management, LLC         Secretary of the Treasury
P.O. Box 5703                             PO Box 41021                            U.S. Treasury Department
Clearwater, FL 33758-5703                 Norfolk, VA 23541-1021                  15th & Pennsylvania Ave.
                                                                                  Washington, DC 20220-0001


(p)UNITED STATES ATTORNEY'S OFFICE        U.S. Securities & Exchange Commission   United States Trustee
111 NORTH ADAMS STREET                    Atlanta Reg Office and Reorg            110 E. Park Avenue
4TH FLOOR                                 950 E Paces Ferry Rd NE Ste 900         Suite 128
TALLAHASSEE FL 32301-7730                 Atlanta, GA 30326-1382                  Tallahassee, FL 32301-7728


Ascension Sacred Heart                    Ascension Sacred Heart Pensacola        Baldwin County Alabama Clerk of Court
PO Box 540020                             5151 N 9th Ave                          312 Courthouse Sq Ste 10
Atlanta, GA 30353-5400                    Pensacola, FL  32504-8721               Bay Minette, AL  36507-4809


Capital One                               Capital One Bank (USA), N.A.            Capital One Bank USA N
Attn: Bankruptcy                          by American InfoSource as agent         PO Box 31293
PO Box 30285                              PO Box 71083                            Salt Lake City, UT  84131-0293
Salt Lake City, UT  84130-0285            Charlotte, NC  28272-1083


Capital One/Dress Barn                    Citibank, N.A.                          Comenity Bank
Attn Bankruptcy                           PO Box 6500                             Attn: Bankruptcy Department
PO Box 30258                              Sioux Falls, SD  57117-6500             PO Box 182125
Salt Lake City, UT  84130-0258                                                    Columbus, OH  43218-2125


Emerald Coast Utilties Authority          Everett Financial Inc., dba Supreme Lend  Faith Chapel Funeral Home- Can
PO Box 18870                              PO Box 7057                             1000 S Highway 29
Pensacola, FL  32523-8870                 Troy, MI  48007-7057                    Cantonment, FL  32533-6418


Faith Chapel Funeral Services LLC         LVNV Funding, LLC                       Lvnv Funding LLC
1000 S Hwy 29                             Resurgent Capital Services              PO Box 10497
Cantonment, FL 32533-6418                 PO Box 10587                            Greenville, SC 29603-0497
                                          Greenville, SC 29603-0587


METABANK FINGERHUT                        MRS Associates                          NPAS, Inc. Fort Walton Beach Med Ctr
6250 Ridgewood Rd                         1930 Olney Ave                          PO Box 99400
Saint Cloud, MN  56303-0820               Cherry Hill, NJ  08003-2016             Louisville, KY  40269-0400
```

| | | |
|---|---|---|
| Portfolio Recovery Associates, LL<br>120 Corporate Blvd<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regions Bank<br>PO Box 10063<br>Birmingham, AL 35202-0063 |
| Resurgent Capital Services<br>PO Box 10497<br>Greenville, SC 29603-0497 | SunTrust Bank now Truist Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bank<br>PO Box 85526<br>Richmond, VA 23285-5526 |
| Suntrust Bk Tallahasse<br>Attn: Bankruptcy Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 | Syncb/Care Credit<br>C/o<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/HH Gregg<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/netwrk<br>C/o<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/tjx Cos Dc<br>PO Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>180 W Election Rd Ste 200<br>Draper, UT 84020-6406 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/JCP<br>Attn Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Tjx<br>Attn: Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5064 | Target<br>c/o Financial & Retail Services Mailstop<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Tek-Collect Inc<br>PO Box 1269<br>Columbus, OH 43216-1269 | West Florida Hospital<br>PO Box 740771<br>Cincinnati, OH 45274-0771 | Brenda Jean Givens<br>9420 Sunnybrook Dr<br>Navarre, FL 32566-2506 |
| Merrick B. Garland<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | Timothy A. Weaver<br>Weaver, Weaver Collins, P.A.<br>8285 Navarre Parkway<br>Navarre, FL 32566-6938 |
| Victor Zavala<br>Simmons Realty Group<br>9511 Holsberry Road<br>Pensacola, FL 32534-1319 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32501 | (d)U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA  23541-0914 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Lvnv Funding LLC<br>PO Box 10497<br>Greenville, SC  29603-0497 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |